IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WANDA D. SHEPPARD,

                Plaintiff,                      ORDER

       v.                              14-cv-61-jdp

SUPERIOR SERVICES, INC.
and EVERETT BOUDREAU,

                Defendants.

This case has languished following the court's May 6, 2014 screening order. After the United States Marshal was unable to locate defendants Superior Services, Inc. and Everett Boudreau for the purposes of serving them, the court gave plaintiff Wanda Sheppard a chance to locate defendants herself. In an August 6, 2014 order following a telephonic conference, Magistrate Judge Stephen Crocker gave plaintiff and her newly retained counsel a final extension of time until October 31, 2014, in which to serve her complaint in this civil case. It is now December 10, 2014, and plaintiff has failed to comply as directed or otherwise respond to the court's order.

Accordingly, IT IS ORDERED that plaintiff Wanda Sheppard's complaint is DISMISSED without prejudice for failure to prosecute it. The clerk of court is directed to enter judgment in favor of defendants and close this case.

Entered this 10th day of December, 2014.

                                            BY THE COURT:

                                            /s/

                                            _____
                                            JAMES D. PETERSON
                                            District Judge