IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WANDA D. SHEPPARD,

    Plaintiff,

v.

SUPERIOR SERVICES, INC.
and EVERETT BOUDREAU,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No.  14-cv-061-jdp

This action came before the court for consideration with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing plaintiff Wanda D. Sheppard's complaint, without prejudice, for failure to prosecute.

/s/

Peter Oppeneer, Clerk of Court

December 10, 2014

Date